No. 95–1583. GREEN ET AL. *v.* PENNSYLVANIA MUNICIPAL SERVICE CO. ET AL. Commw. Ct. Pa. Certiorari denied. ▮

No. 95–1586. BROWN *v.* CAMPBELL COUNTY BOARD OF EDUCATION ET AL. Sup. Ct. Tenn. Certiorari denied. ▮

No. 95–1590. GONZALEZ ET AL. *v.* MOISES LUNA AND ASSOCIATES. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–1591. NEUFELD *v.* CITY OF BALTIMORE, MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 95–1611. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* MINNESOTA ET AL. Ct. App. Minn. Certiorari denied.

No. 95–1615. TAMBURELLO *v.* COMM-TRACT CORP. ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 95–1626. AMERICANOS *v.* CARTER, ATTORNEY GENERAL OF INDIANA, ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 95–1656. TAYLOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–1661. ROBERT ET AL. *v.* PHILADELPHIA PARK ET AL. Sup. Ct. Pa. Certiorari denied. ▮

No. 95–1673. SPENCER *v.* SPENCER ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 95–1716. GREAT FALLS EYE SURGERY CENTER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 95–1740. KOTSIAS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. ▮

No. 95–1772. MUSSER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮